O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GEORGE E. JACOBS IV,

               Plaintiff,

     vs.

JEANNE WOODFORD, ET AL.,

               Defendants.

CASE NO. CV 07-02618 DOC (RZ)

ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report to which Plaintiff has objected. The Court

    (1)    accepts and adopts the First Interim Report and Recommendation;

    (2)    grants in part and denies in part Defendants' motions to dismiss, as discussed therein;

    (3)    dismisses Defendant Charles Hughes from the action; and

    (4)    dismisses from the action, without leave to amend, Claims 4, 5, 12, 15, 16, 17, 18, 19, 20, 25, 26, 27, 29, 30, 31, 32 and 33, and the portions

of Claims 10 and 11 seeking liability for an alleged shutoff of Plaintiff's cell's water (but not the beating-related portions of those two claims).

DATED:

May 27, 2009

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE